PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 04/2021)

United States Courts
Southern District of Texas
FILED
OCT 15 2026
Nathan Ochsner, Clerk of Court

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE ____________ DISTRICT OF TEXAS**
**____________ DIVISION**

Jimmy Ray Mills 01633223-4167
Plaintiff's Name and ID Number

______________________________
Place of Confinement

CASE NO.______________________
(Clerk will assign the number)

v.

Houston Police DP 1200 Travis Houston Tx 77002
Defendant's Name and Address

Mr. John Whitmire Mayor 1200 Travis Houston Tx 77002
Defendant's Name and Address

______________________________
Defendant's Name and Address
( DO NOT USE "ET AL.")

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00.**

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "...if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ____YES ✓ NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit:______________________________
2. Parties to previous lawsuit:

   Plaintiff(s)______________________________

   Defendant(s)______________________________
3. Court: (If federal, name the district; if state, name the county.)______________________________
4. Cause number:______________________________
5. Name of judge to whom case was assigned: ______________________________
6. Disposition: (Was the case dismissed, appealed, still pending?) ______________________________
7. Approximate date of disposition:______________________________

II. PLACE OF PRESENT CONFINEMENT:______________________________

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ___YES ✓ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Jimmy Ray Mills 1200 Baker st Houston Tx 6L2

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Houston Police DepartmeNt 1200 Travis st Houston Tx 77002

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

They are reason why I went in a comma.

Defendant #2: Mr John Whitmire

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

He is respouseable for He's Staff actions Accessive Force having the porper trainning.

Defendant #3: ______

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #4: ______

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: ______

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Houston Police HPD was the one put me in comma after I got out the car with my Hands in the Air. Now the Mr John Whitmire Mayor are Respouseable for their trainning and how they conduct themselfs upon every situation.

Everything I am saying is on Camera

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like the Court, compensation

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Boosie

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): ____
2. Case number: ____
3. Approximate date sanctions were imposed: ____
4. Have the sanctions been lifted or otherwise satisfied? ____YES ✓ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): ____________
2. Case number: ____________
3. Approximate date warning was issued: ____________

Executed on: 10/7/2026
DATE

Jimmy Ray Mills
Jimmy Ray Mills
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this Oct (Day) day of 7 (month), 20 26 (year).

Jimmy Mills
Jimmy Mills
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

## Patient Information

| Patient Name | Legal Sex | DOB |
|---|---|---|
| Mills, Jimmy Ray (01633223) | Male | 1/3/1977 |

## Special Needs Advisement (Active)

| Ordered | | Start |
|---|---|---|
| 09/16/26 1202 | **Special Needs Advisement** CONTINUOUS<br>End Date/Time: 02/27/30 1201 | 09/16/26 1202 |

| Question | Answer | Comment |
|---|---|---|
| Type: | Bottom Bunk | |
| Type: | Walker | |
| Type: | Wheelchair | |

| Ordered | | Start |
|---|---|---|
| 08/19/26 0058 | **Special Needs Advisement** CONTINUOUS<br>Comments: Ok to give pt bandaids to cover his dry noninfected left lateral ankle scab so it does not rub on his shoe, enough for daily wear x 5 days. | 08/19/26 0058 |

Issue Record # 64482 Incident # 2026

# SWORN AFFIDAVIT

**STATE OF TEXAS**
**COUNTY OF HARRIS**

**DATE:** 8/27/2026
**TIME:** 11:39 am

Before me, the undersigned authority, appeared Jimmy Ray Mills
(Print Affiant's Name)

who after being duly sworn on his/her oath deposes and says:

My full name is: Jimmy Ray Mills. I am 49 years of age, and my date of birth is: 01/03/1977. I currently reside at: am homeless, in (city): Houston, (state) TX, Zip Code: 7. My home telephone number is: 281-730-4966, and my work number is 318-423-7005. I can also be Cammie Mills Evett Mills contacted at (other number, pager, cell, etc…) ________. My driver's license or official identification number is: ________, and my Social Security Number is: 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.

I seen the Officer come left side of the road in jump behind me so I wanted to stop but I ran driving as fast I could in and out of the streets and trying to get away I Knew I had to give this chase up because I did not want to Kill anyone so as turn on Hillcoft I seen this parkinlot and driver up in there and hit the bump and jump out the car with my hands in the air looking around and they still taze me and I went out. That's God truth.

Issue Record # ____________________ Incident # ____________

Houston Police Department:
Internal Affairs Division

Date Printed: 08/27/26



Initials: JM Date: 08/27/2026

Issue Record # ______________________ Incident # __________

I have completed 9 years of school and can read and write the English Language. I have read this statement in its entirety and certify that it is correct and true to the best of my knowledge. I have given this statement to Sergeant Fougerouffe of the Internal Affairs Division of my own free will.

Jimmy R Mills
(Name: Printed)

Jimmy Mills
(Signature)

I, Anna Focgerousse, am a Texas Peace Officer, as described in Article 2.12, of the Texas Code of Criminal Procedure, engaged in the performance of my duties and the administration of the oath is related to my duties.

Peace Officer Signature: A Fougerousse

(NOTE: A typed or hand-written statement may be attached in lieu of section 8 of this document. However, the document must be dated and signed in the presence of a Notary Public or a Texas Peace Officer). All pages of the statement must be dated and initialed.)

26-452590 Request Date 9/17/2026 7:34am

26-452400l 9/16/2026 1:42pm

I was on the 6 Floor L2

I Jimmy Ray Mills am
asking the Court to contact
Me because I will be going
To TDCJ but I don't
Know where yet Please
Thank you May God Bless
Us All.

HARRIS COUNTY SHERIFF'S OFFICE JAIL
Name Jimmy Ray Mills
SPN 01633223 Cell 6L2
Street 1200 Baker St
HOUSTON, TEXAS 77002

Keefe Commissary Network

INDIGENT

FIRST-CLASS

US POSTAGE PITNEY BOWES
ZIP 77002 $ 001.36⁰
02 7W
0008034358 OCT. 09. 2026

United States Courthouse
515 Rusk Avenue
Houston Tx 77002

United States Courts
Southern District of Texas
FILED
OCT 15 2026
Nathan Ochsner, Clerk of Court